Patrick K. Bruso – Bar No. 272109
ALVARADO & ASSOCIATES, LLP
1 MacArthur Place, Suite 210
Santa Ana, CA 92707
(714) 327-4400/ Fax No. (714) 327-4499
236-57405-2

Attorneys for Secured Creditor, CARRINGTON MORTGAGE SERVICES, LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>HECTOR ANTONIO ALVARADO,<br><br>Debtor. | Case No. 8:12-bk-13144-MW<br><br>Chapter 11<br><br>**STIPULATION FOR PLAN TREATMENT OF SECURED CREDITOR CARRINGTON MORTGAGE SERVICES, LLC'S CLASS 5(f) CLAIM**<br><br>Subject Property:<br>3217 – 3217 ½ Folsom Street<br>Los Angeles, CA 90063 |

This Stipulation For Plan Treatment of Secured Creditor Carrington Mortgage Services, LLC's Class 5(f) Claim ("**Stipulation**") is entered into by and between, Debtor and Debtor in Possession, Hector Antonio Alvarado (hereinafter "**Debtor**"), and Carrington Mortgage Services, LLC ("**Carrington**" or "**Secured Creditor**"), secured creditor with respect to the 1st Deed of Trust encumbering the real property located at 3217 – 3217 ½ Folsom Street, Los Angeles, CA 90063 ("**Subject Property**"), by and through their respective counsel of record.

### RECITALS

On or about May 8, 2008, Debtor, for valuable consideration, executed and delivered to Secured Creditor's predecessor-in-interest a Promissory Note in the principal sum of $405,500.00. Pursuant to the Note, Debtor obligated to make monthly principal and interest

-1-
STIPULATION FOR PLAN TREATMENT OF SECURED CREDITOR CARRINGTON MORTGAGE SERVICES, LLC'S CLASS 5(f) CLAIM

payments.

On or about May 8, 2008, Debtor made, executed and delivered to Secured Creditor's predecessor-in-interest a Deed of Trust granting Secured Creditor a security interest in the Subject Property. The Deed of Trust was duly recorded in the official records of the Los Angeles County Recorder's Office as Document Number 20080855949. The Note and Deed of Trust may be referred to herein collectively as the "Loan."

On or about March 12, 2012, Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code and was assigned Bankruptcy Case No. 8:12-bk-13144-MW.

On August 17, 2012, Secured Creditor filed its Proof of Claim in the secured amount of $452,243.98 and was assigned court claim number 11.

On or about August 21, 2013, Debtor filed his Proposed Second Amended Chapter 11 Plan. Confirmation Hearing was set for September 18, 2013. On or about September 4, 2013, Carrington filed an Objection to Debtor's Chapter 11 Plan.

**THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:**

1. It is stipulated and agreed that the value of the Subject Property shall be $315,000.00;

2. Carrington's claim with respect to the 1st Deed of Trust encumbering the Subject Property shall be paid through the Debtor's Chapter 11 Plan as a secured claim in the amount of $315,000.00 at 5.00% interest amortized over 30 years. The balance of Carrington's claim will be treated as an unsecured claim and shall be paid pro-rata through Debtor's Chapter 11 Plan;

3. Carrington shall only be required to release its lien upon completion of a Chapter 11 plan and receipt of a Chapter 11 discharge;

4. Carrington shall retain its lien for the full amount due under the Loan in the event of either the dismissal of the Debtor's Chapter 11 case or the conversion of the Debtor's Chapter 11 case to any other Chapter under the United States Bankruptcy Code;

5. The Loan shall remain escrowed for Taxes and insurance;

6. Upon receipt of Debtor's Chapter 11 discharge and completion of a Chapter 11

plan, this Stipulation and any order thereon may be recorded by the Debtor with the Los Angeles County Recorder's Office;

7. Except as otherwise expressly provided herein, all remaining terms of the Note and Deed of Trust shall govern the treatment of Carrington's secured claim;

8. The acceptance by Carrington of a late or partial payment shall not act as a waiver of Carrington's right to proceed hereunder;

9. The terms of this Stipulation may not be modified, altered, or changed by the Plan, any confirmation order thereon, any subsequently filed Amended Chapter 11 Plan of Reorganization and confirmation order thereon without the express written consent of Carrington. The terms of this Stipulation shall be incorporated into the Plan and/or any subsequently filed Amended Chapter 11 Plan of Reorganization.

10. Carrington's attorneys' fees and costs incurred in connection with this Stipulation may be added to its unsecured claim; and

11. If the Amended Chapter 11 Plan is not at variance with this stipulation, in return for the above, Carrington agrees to vote for the Plan and this Stipulation may be used as a ballot in favor of the secured and unsecured classes.

STIPULATED AND AGREED:

DATED: 9-11-13

TOTARO & SHANAHAN

By: _____
Michael R Totaro
Attorney for Debtor-in-Possession

DATED: 9/11/13

ALVARADO & ASSOCIATES, LLP

By: _____
Patrick K. Bruso
Attorneys for Secured Creditor

-3-
STIPULATION FOR PLAN TREATMENT OF SECURED CREDITOR CARRINGTON MORTGAGE SERVICES, LLC'S CLASS 5(f) CLAIM

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Alvarado & Associates, LLP 1 MacArthur Place, Suite 210, Santa Ana, CA 92707**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION FOR PLAN TREATMENT OF SECURED CREDITOR CARRINGTON MORTGAGE SERVICES, LLC'S CLASS 5(f) CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 16, 2013, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Jennifer Witherell Crastz jcrastz@hemar-rousso.com
- Lesley Davis lbd@kpclegal.com
- Brandye Foreman bforeman@mclaw.org
- Nancy S Goldenberg nancy.goldenberg@usdoj.gov
- Paul H Kim Pkim@counsel.lacounty.gov
- Anthony G Lagomarsino lagos6@sbcglobal.net
- Mitchell B Ludwig mbl@kpclegal.com
- Penelope Parmes penelope.parmes@troutmansanders.com
- Daniel I Singer bankruptcy@zievelaw.com
- Randye B Soref rsoref@polsinelli.com
- Michael R Totaro tsecfpacer@aol.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Darlene C Vigil cdcaecf@bdfgroup.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) September 16, 2013, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

HECTOR ANTONIO ALVARADO, 12501 PHILADELPHIA ST., WHITTIER, CA 90601(DEBTOR)

ATTN: CHAMBERS COPIES, U.S. BANKRUPTCY COURT, JUDGE MARK S WALLACE, 411 WEST FOURTH STREET, STE. 6135, SANTA ANA, CA 92701

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 16, 2013 | Tami Scholtz | /s/ Tami Scholtz |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |