Patrick K. Bruso – Bar No. 272109
ALVARADO & ASSOCIATES, LLP
1 MacArthur Place, Suite 210
Santa Ana, CA 92707
(714) 327-4400/ Fax No. (714) 327-4499
236-57405-2

Attorneys for Secured Creditor, CARRINGTON MORTGAGE SERVICES, LLC



**FILED & ENTERED**

SEP 17 2013

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>HECTOR ANTONIO ALVARADO,<br><br>Debtor. | Case No. 8:12-bk-13144-MW<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION FOR PLAN TREATMENT OF SECURED CREDITOR CARRINGTON MORTGAGE SERVICES, LLC'S CLASS 5(f) CLAIM**<br><br>[Relates to Docket No. 180]<br><br>**Subject Property:**<br>3217 – 3217 ½ Folsom Street<br>Los Angeles, CA 90063 |

**IT IS HEREBY ORDERED** that the Stipulation For Plan Treatment of Secured Creditor Carrington Mortgage Services, LLC's Class 5(f) Claim ("**Stipulation**") entered into by and between, Debtor and Debtor in Possession, Hector Antonio Alvarado (hereinafter "**Debtor**"), by and through his attorney of record, Michael R. Totaro, and Carrington Mortgage Services, LLC ("**Carrington**" or "**Secured Creditor**"), by and through its attorney of record, Alvarado & Associates, LLP, and filed on September 16, 2013, is approved as an Order of the Court; provided, further, that any description in Debtor's plan of reorganization of the treatment of Class 5(f) may not incorporate the Stipulation or this Order by reference but instead must set

forth the terms of the Stipulation in the plan of reorganization *in haec verba* (it being the Court's intention that any person reading the plan of reorganization will be able to understand the treatment of Class 5(f) without having to obtain and review any writing outside the plan of reorganization).

IT IS SO ORDERED.

### 

Date: September 17, 2013

Mark S. Wallace
United States Bankruptcy Judge

**ORDER APPROVING STIPULATION FOR PLAN TREATMENT OF SECURED CREDITOR CARRINGTON MORTGAGE SERVICES, LLC'S CLASS 5(f) CLAIM**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: **ORDER APPROVING STIPULATION FOR PLAN TREATMENT OF SECURED CREDITOR CARRINGTON MORTGAGE SERVICES, LLC'S CLASS 5(f) CLAIM** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** B Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) September 17, 2013 the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

- Patrick K Bruso    generalmail@alvaradoca.com
- Jennifer Witherell Crastz    jcrastz@hemar-rousso.com
- Lesley Davis    lbd@kpclegal.com
- Brandye Foreman    bforeman@mclaw.org
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Paul H Kim    Pkim@counsel.lacounty.gov
- Anthony G Lagomarsino    lagos6@sbcglobal.net
- Mitchell B Ludwig    mbl@kpclegal.com
- Penelope Parmes    penelope.parmes@troutmansanders.com
- Daniel I Singer    bankruptcy@zievelaw.com
- Randye B Soref    rsoref@polsinelli.com
- Michael R Totaro    tsecfpacer@aol.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Darlene C Vigil    cdcaecf@bdfgroup.com

☐ Service information continued on attached page

2. **SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses stated below:

*Debtor*
**Hector Antonio Alvarado**
12501 Philadelphia St
Whittier, CA 90601

☐ Service information continued on attached page

3. **TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page