Michael R. Totaro 102229
Totaro & Shanahan
P.O. Box 789
Pacific Palisades, CA 90272
Telephone:  310 573 0276 (v)
Facsimile:    310 496 1260 (f)

**Attorneys for Debtor and Debtor-in-Possession**



FILED & ENTERED

OCT 18 2013

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY reid          DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

In re

  Hector Antonio Alvardo,

  Debtor and Debtor in Possession.

Case No. 8:12-BK-13144-MW

Chapter 11

**ORDER CONFIRMING DEBTOR'S FOURTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION**

**Plan Confirmation Hearing**:
Date:     October 2, 2013
Time:     2:00 p.m.
Ctrm:     6C
              411 W. Fourth St.
              Santa Ana, CA 92701

**Post Confirmation Status Conference:**
Date:     November 6, 2013
Time:      9:00 a.m.
Ctrm:     6C
              411 W. Fourth St.
              Santa Ana, CA 92701

On April 24, 2013 at 2:00 p.m. the Court held a hearing on the Approval of Debtor's First Amended Disclosure Statement in Support of Chapter 11 Plan of Reorganization filed on April 10, 2013 as Docket No. 110. At the hearing the court discussed modifications to be made to the First Amended Disclosure Statement and approved the Disclosure Statement with those modifications. On May 15, 2013 Debtor filed a Second Amended Disclosure Statement incorporating the court required

modifications ("Disclosure Statement") as Docket No. 117. The Court entered its Order Approving this Disclosure Statement on May 17, 2013 as Docket No. 121 ("Disclosure Order").

Subsequent to the approval of the Disclosure Statement, Debtor and various secured creditors engaged in negotiations as to their particular plan treatment. The parties entered into stipulations which were approved by the Court and an order entered thereon. On September 25, 2013 Debtor filed a Fourth Amended Chapter 11 Plan of Reorganization as Docket No. 190, which specifically included the terms of the stipulations within the Plan to clarify the treatment of these secured creditors.

The confirmation hearing was held on October 2, 2013 at 2:00 p.m. in Courtroom 6C of the above entitled Court located at 411 W. Fourth St., Santa Ana, CA 90272. Appearances are noted on the record.

Based on the Findings of Fact and Conclusions of Law in Support of the Court's Order Confirming the Plan ("Findings and Conclusions") signed concurrently herewith and incorporated herein, the Court's review of the Disclosure Statement, the Plan, the Ballot Summary, the Brief in Support of Confirmation, the records and files in the case and discussion on the record, and good cause appearing,

**IT IS HEREBY ORDERED** that:

1. Notice of the Confirmation Hearing, and continued hearings, and the time fixed for submitting ballots and filing objections to confirmation of the Plan is approved as adequate and no further notice is necessary or appropriate prior to entry of this order confirming the Plan ("Confirmation Order"). All objections to the Plan not previously withdrawn are hereby overruled.

2. The Plan filed on September 25, 2013 as Docket No. 194, is hereby Confirmed pursuant to 11 U.S.C. § 1129 et seq. The terms of the Plan are incorporated by reference into and are an integral part of this Confirmation Order. The terms of the Plan need not be set forth separately herein and the failure to do so shall not diminish the

effectiveness of each provision of the Plan as a part of this Order. It is the intent of the Court that the Plan is confirmed in its entirety and incorporated herein by reference.

3. The effective date of the Plan ("Effective Date") will be the first day of the month following the hearing at which the Plan is confirmed unless a stay is in effect.

4. Debtor shall promptly file and serve a copy of this Order, the Findings and Conclusions along with a Notice of Entry of the Order on the United States Trustee, all holders of claims and equity security interests and other parties in interest.

5. Upon the Effective Date, the Plan and it provisions shall be binding upon the Debtor, the Reorganized Debtor, any individual or entity acquiring or receiving property or a distribution under the Plan and any holder of a claim or interest in the Debtor, including all governmental entities, whether or not a claim or interest of such holder is impaired under the Plan and whether or not such holder has accepted the Plan. Pursuant to 11 U.S.C. §§ 1123(a) and 1142(a) and the provisions of this Confirmation Order, the Plan and all Plan related documents shall apply and be enforceable notwithstanding any otherwise applicable non-bankruptcy law.

6. The rights, benefits and obligations of any individual or entity named or referred to in this Plan shall be binding on, and will inure to the benefit of, any heir, executor, administrator, personal representative, successor, or assign of such entity, including, but not limited to, the Reorganized Debtor and all other parties in interest in Debtor's bankruptcy case and any subsequent bankruptcy case involving the Debtor.

7. The Court shall retain exclusive jurisdiction over all matters involving the Debtor arising out of, and related to the Debtor's bankruptcy case and the Plan to the fullest extent permitted by law.

///

///

///

8. A Post-Confirmation status conference will be held on November 6, 2013, at 9:00 a.m. in Courtroom 6C of the above-entitled court located at 411 W. Fourth St., Santa Ana, CA 92701.

###

Date: October 18, 2013

Mark S. Wallace
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **"ORDER CONFIRMING DEBTOR'S FOURTH AMENDED CHAPTER 11 PLAN OF REORGANIZATION"** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) October 6, 2013, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

- Patrick K Bruso    generalmail@alvaradoca.com
- Jennifer Witherell Crastz    jcrastz@hemar-rousso.com
- Lesley Davis    lbd@kpclegal.com
- Brandye Foreman    bforeman@mclaw.org
- Nancy S Goldenberg    nancy.goldenberg@usdoj.gov
- Paul H Kim    Pkim@counsel.lacounty.gov
- Anthony G Lagomarsino    lagos6@sbcglobal.net
- Mitchell B Ludwig    mbl@kpclegal.com
- Penelope Parmes    penelope.parmes@troutmansanders.com
- Daniel I Singer    bankruptcy@zievelaw.com
- Randye B Soref    rsoref@polsinelli.com
- Bill Taylor    ecfnotices@4stechnologies.com
- Michael R Totaro    tsecfpacer@aol.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Darlene C Vigil    cdcaecf@bdfgroup.com

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

Hector Antonio Alvarado, 11191 Sherman Ave., Garden Grove, CA 92843

Hector Antonio Alvarado, 12501 Philadelphia St., Whittier, CA 90601

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☒ Service information continued on attached page

-5-

1  **ALEJANDRA ESTRADA**
   11839 LOMA DR. #1
2  WHITTIER, 90604

3  **ANTONIO RAMIREZ**
   1153 N. DITMAN AVE.
4  LOS ANGELES, CA 90063

5  **AURORA LOAN SERVICING**
   4375 JUTLAND DR. #200
6  P.O. BOX 17933
   SAN DIEGO, CA 92117
7
   **BARBARA HENDESON**
8  11839 LOMA DR. #4
   WHITTIER, 90604
9
   **BRANDICE GAMAAS**
10 11839 LOMA DR. #12
   WHITTIER, 90604
11
   **Capital One Bank (USA), N.A.**
12 PO Box 71083
   Charlotte, NC 28272-1083
13
   **CAPITAL ONE, NA**
14 ATTN. BANKRUPTCY/CCAT
   DEP 2739 LIBERTY AVE
15 PITTSBURG, PA 15222

16 **Carrington Mortgage Services, LLC**
   1610 East Saint Andrew Place, Suite B150
17 Santa Ana, CA 92705

18 **DANIEL SEIDNER**
   11839 LOMA DR. #3
19 WHITTIER, 90604

20 **ELIAS LIMON**
   11839 LOMA DR. #11
21 WHITTIER, 90604

22 **ERICKA GRIFFIN**
   644 E. 85TH ST.
23 LOS ANGELES, CA 90001

   **FELIX PADILLA**
24 11839 LOMA DR. #8
   WHITTIER, 90604
25
   **FRANCHISE TAX BOARD**
26 BANKRUPTCY SECTION MS A340
   PO BOX 2952
27 SACRAMENTO CA 95812-2952

28

**FULLERTON COMMUNITY BANK**
200 W. COMMONWEALTH AVE.
FULLERTON, CA 92832

**GERALD HAENDIGES**
13808 SUNSET DR.
WHITTIER, CA 90602

**JARINA CARAVANTES**
11839 LOMA DR. #10
WHITTIER, 90604

**JAVIER NAJERA**
11839 LOMA DR. #15
WHITTIER, 90604

**JESSICA WINTERS**
3320 POMEROY
LOS ANGELES, CA 90063

**JOSEPH RUIZ**
1151 1/4 N. DITMAN AVE.
LOS ANGELES, CA 90063

**JP MORGAN CHASE BANK, NA**
OH 4-7133, PO BOX 182349
COLUMBUS, OH 43219

**JP MORGAN CHASE BANK, NA**
CHASE RECORDS CENTER
MAIL CODE LA4-5555
700 KANSAS LN
MONROE, LA 71203

**JPMorgan Chase Bank, N.A.**
c/o Five Lakes Agency, Inc.
P.O. Box 80730
Rochester, MI 48308-0730

**JPMorgan Chase Bank, National Association**
Chase Records Center, Attn: Corresponden
Mail Code LA4-5555, 700 Kansas Lane
Monroe, LA 91203

**LAURA FLORES**
9642 CEDARTREE RD.
DOWNEY, CA 90240

**LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR**
P.O. BOX 54110
LOS ANGELES, CA 90054-0110

**LOUIE PEREZ**
8123 NEWCASTTLE
WHITTIER, CA 90605

**LUZ MENDOZA**
11839 LOMA DR. #6
WHITTIER, 90604

**MARLENE MARTINEZ**
3217 FOLSOM ST.
LOS ANGELES, CA 90063

**MICHELLE NEWMYER**
11839 LOMA DR. #9
WHITTIER, 90604

**MIGUEL DELCID**
11839 LOMA DR. #7
WHITTIER, 90604

**NCO FINANCIAL**
P.O. BOX 41726
PHILADELPHIA, PA 19101

**ONEWEST BAN
K FSB**
2900 ESPERANZA CROSSING
AUSTIN, TX 70750

**OneWest Bank, FSB**
PO Box 829009
Dallas, TX 75382-9009

**OneWest Bank, FSB**
2900 Esperanza Crossing
Austin, TX 78758

**Opus Bank**
c/o Mitchell B. Ludwig
Knapp, Petersen & Clarke
550 No. Brand Blvd., Ste. 1500
Glendale, CA 91203

**Pacific Western Bank**
c/o Hemar, Rousso & Heald, LLP
15910 Ventura Blvd., 12th Floor
Encino, CA 91436

**PACIFIC WESTERN BANK**
P.O. BOX 131207
CARLSBAD, CA 92013

**PETRA FLORES**
11210 NEWGATE AVE.Q
WHITTIER, CA 90605

| | |
|---|---|
| 1 | **PRUDENTIAL REALTY** |
| | 12501 PHILADELPHIA ST. |
| 2 | WHITTIER, CA 90601 |
| 3 | **RAY ROMERO** |
| | 11839 LOMA DR. #5 |
| 4 | WHITTIER, 90604 |
| 5 | **RESCUE ROOTER** |
| | 740 N. HARITON ST. |
| 6 | ORANGE, CA 92868 |
| 7 | **Richard and Jabet Freymond** |
| | **RICHARD FREYMOND** |
| 8 | 3222 LA PLATA AVE. |
| | HACIENDA HEIGHTS, CA 91745 |
| 9 | **SHELLY DILGER** |
| | 11839 LOMA DR. #14 |
| 10 | WHITTIER, 90604 |
| 11 | **SHERRY NORMAN** |
| | 12648 LMONITE G-2 |
| 12 | CORONA, CA 92880 |
| 13 | **SHERRY PACK** |
| | 11839 LOMA DR. #2 |
| 14 | WHITTIER, 90604 |
| 15 | **U.S. Bank National Association** |
| | c/o Ocwen Loan Servicing, LLC |
| 16 | Attn: Bankruptcy Department |
| | 1661 Worthington Road, Suite 100 |
| 17 | West Palm Beach, FL 33409 |
| | **VICTOR GUZMAN** |
| 18 | 3217 1/2 FOLSOM |
| | LOS ANGELES, CA 90063 |
| 19 | **WELLS FARGO BANK** |
| 20 | COLLECTON SERVICING 1ST FL. |
| | MAC X2505-016 |
| 21 | 1 HOME CAMPUS |
| | DES MOINES, IA 50328 |
| 22 | **Wells Fargo Bank, N.A.** |
| | Business Direct Division |
| 23 | P.O.Box 29482 |
| | Phoenix, AZ 85038-8650 |
| 24 | **WELLS FARGO BANK, NA** |
| 25 | BANKRUPTCY DEPT |
| | 3476 STATEVIEW BLVD. X7801-014 |
| 26 | FT. MILL, SC 29715 |
| 27 | |
| 28 | |

**Wells Fargo Home Mortgage**
c/o Wells Fargo Bank NA
Attn: BK Dept MAC #T7416-023
4101 Wiseman Blvd.
San Antonio, TX 78251

**WELLS FARGO HOME MORTGAGE**
MACX 2303-01A
1 HOME CAMPUS
DES MOINES, IA 50328

**YVONNE MINJAREZ**
1151 1/2 N. DITMAN AVE.
LOS ANGELES, CA 90063

**ZULEMA ESPINOSA**
1151 N. DITMAN AVE.
LOS ANGELES, CA 90063