Kristin A. Zilberstein, Esq. (SBN: 200041)
Jennifer R. Bergh, Esq. (SBN 305219)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010 ext. 1010
Fax: (949) 427-2732
kzilberstein@ghidottilaw.com

Attorney for Secured Creditor
U.S. Bank Trust National Association, as
Trustee of the ICSC Series II Trust,
its assignees and/or successors

**FILED & ENTERED**

**DEC 17 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY steinber DEPUTY CLERK**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re: | ) Case No. 8:12-bk-13144-MW |
| Hector Antonio Alvarado, | ) Chapter 11 |
| Debtor. | ) |
| | ) **ORDER GRANTING MOTION TO** |
| U.S. Bank Trust National Association, as Trustee of the ICSC Series II Trust, its assignees and/or successors, | ) **REOPEN CASE** |
| | ) (In re: 3217 ½ Folsom Street |
| Movant, | )           Los Angeles, CA 90063) |
| v. | ) |
| Hector Antonio Alvarado, | ) |
| Respondents. | ) |

1

Order on Motion to Reopen
Case No. 8:12-bk-13144-MW

Upon consideration of U.S. Bank Trust National Association, as Trustee of the ICSC Series II Trust, its successors and/or assigns, Motion to Reopen Chapter 11 Bankruptcy Case of Hector Antonio Alvarado,

**IT IS ORDERED** that the Motion is **GRANTED** as follows:

1) The bankruptcy case is reopened through and including February 28, 2019; and

2) The purpose of reopening the case is limited to seeking clarification of the confirmed Chapter 11 plan to the extent such relief is necessary.

###

Date: December 17, 2018

Mark S. Wallace
United States Bankruptcy Judge